# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Riblet, Robin L. | Central District of California | 07/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge, Full Time | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>05/09/2014 |

**7. Chambers or Office Address**

1415 State Street
Santa Barbara, Ca 93101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer | Central Coast Chapter of the Federal Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 | G | Int./Div. | P1 | T | | | | | |
| 2. -AON Corp | | | | | Sold (part) | 08/27/13 | J | B | |
| 3. -Accenture CLA | | | | | | | | | |
| 4. -BB & T Corp | | | | | Buy | 01/10/13 | K | | |
| 5. -Barrick Gold Corp | | | | | Buy | 02/09/14 | K | | |
| 6. -Berkshire Hathaway Cl A | | | | | | | | | |
| 7. -Berkshire Hathaway Cl B | | | | | | | | | |
| 8. -CVS Carmark Corp | | | | | Sold (part) | 04/19/13 | J | C | |
| 9. -Canadian National Railroad | | | | | Buy | 01/14/13 | K | | |
| 10. | | | | | Sold | 08/23/13 | K | A | |
| 11. -Chevron Corp | | | | | Buy | 01/28/13 | K | | |
| 12. -Crown Holdings | | | | | Buy | 01/22/14 | K | | |
| 13. -Danaher Corp | | | | | Buy | 01/22/13 | K | | |
| 14. -Devon Energy Co. New | | | | | | | | | |
| 15. -Disney Walt Co | | | | | Sold (part) | 08/22/13 | J | C | |
| 16. -Ensco (1) | | | | | | | | | |
| 17. -EMC Corp Mass | | | | | Buy | 01/22/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Express Scripts Hldg New | | | | | Buy | 06/04/13 | K | | |
| 19. -General Mills | | | | | | | | | |
| 20. -Intel Corp | | | | | Sold | 07/17/13 | K | D | |
| 21. -Inter Public Group of Cos | | | | | Buy | 01/11/13 | K | | |
| 22. | | | | | Sold (part) | 04/23/14 | J | A | |
| 23. -Ishares Russell 2000 (2) | | | | | | | | | |
| 24. -Lab of America Hldg New. (3) | | | | | | | | | |
| 25. -Lab of America Hldg New | | | | | Buy | 01/28/13 | K | | |
| 26. -Lowes Companies | | | | | Sold (part) | 04/19/13 | J | C | |
| 27. | | | | | Sold (part) | 04/19/13 | J | C | |
| 28. | | | | | Sold | 08/22/13 | K | D | |
| 29. -Marathon Oil Corp | | | | | | | | | |
| 30. -Markel Corp. | | | | | | | | | |
| 31. -Matthews Asian Growth & Inc Fnd | | | | | Sold (part) | 01/16/14 | K | D | |
| 32. -Medtronic Inc | | | | | Sold (part) | 09/17/13 | J | C | |
| 33. -Microsoft Corp. | | | | | | | | | |
| 34. -Mondelez Intl Inc. | | | | | Buy | 09/04/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -NCR Corp New. | | | | | | | | | |
| 36. -Occidental Pete Corp. | | | | | Sold | 02/13/14 | K | A | |
| 37. -Oracle Corp. | | | | | Buy (add'l) | 07/18/13 | K | | |
| 38. | | | | | Sold (part) | 04/23/14 | J | D | |
| 39. -Pepsico Inc. | | | | | Sold (part) | 04/19/13 | J | B | |
| 40. | | | | | Sold (part) | 09/04/13 | J | C | |
| 41. -Proctor & Gambel (4) | | | | | | | | | |
| 42. -Sigma Aldrich Corp. | | | | | Sold (part) | 04/23/14 | J | C | |
| 43. | | | | | Sold (part) | 04/23/14 | J | C | |
| 44. -Spectra Energy Corp. | | | | | | | | | |
| 45. -Stryker Corp. | | | | | | | | | |
| 46. -Synaptics Inc. | | | | | Sold | 01/25/13 | K | D | |
| 47. -TJX Cos Inc. | | | | | Sold (part) | 08/22/13 | J | C | |
| 48. -United Technologies Inc. | | | | | Sold (part) | 09/12/13 | J | C | |
| 49. -Waters Corp. | | | | | Sold (part) | 06/04/13 | J | E | |
| 50. | | | | | Sold (part) | 09/12/13 | J | D | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Charles Schwab Trust #2 | E | Int./Div. | P1 | T | | | | | |
| 54. -Allstate Corp CL A | | | | | Buy | 01/14/13 | K | | |
| 55. -American Electric Power | | | | | | | | | |
| 56. -Amerisourcebergen Corp. | | | | | Buy | 03/22/13 | K | | |
| 57. | | | | | Sold (part) | 04/17/14 | J | B | |
| 58. -Amphenol Corp CL A | | | | | Buy | 01/11/13 | K | | |
| 59. | | | | | Sold (part) | 04/17/14 | J | B | |
| 60. -Barrick Gold Corp | | | | | Buy | 02/13/14 | J | | |
| 61. -Berkshire Hathawayshire A | | | | | | | | | |
| 62. -Berkshire Hathawayshire Cl B | | | | | | | | | |
| 63. -CocaCola Comp. (1) | | | | | | | | | |
| 64. -Conoco Philliips | | | | | Sold (part) | 09/19/13 | J | B | |
| 65. -Darden Restaurants Inc. | | | | | Sold | 08/20/13 | K | C | |
| 66. -Devon Energy Cp New (2) | | | | | | | | | |
| 67. -Diago PLC Adr (3) | | | | | | | | | |
| 68. -Fidelity Natl Info Svcs | | | | | Buy | 01/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/17/14 | J | C | |
| 70. -First Bank & Trust Checking, Santa Barbara CA | | | | | | | | | |
| 71. -Franklin Calif. Tax-Free Fnd | | | | | | | | | |
| 72. -Hancock Holding Co. | | | | | Buy | 01/15/14 | J | | |
| 73. -Illinois Tool Works Inc. | | | | | Sold (part) | 09/19/13 | J | B | |
| 74. -Intel Corp. | | | | | Sold | 06/24/13 | K | A | |
| 75. -Johnson & Johnson | | | | | Sold (part) | 04/03/13 | J | B | |
| 76. -Kellogg Co. | | | | | | | | | |
| 77. -Marathon Oil Corp. (4) | | | | | Sold | 02/13/14 | K | A | |
| 78. -Matthews Asian Growth | | | | | Sold (part) | 04/10/13 | J | B | |
| 79. -Medtronic Corp | | | | | Sold (part) | 04/10/13 | J | B | |
| 80. -Microsoft Corp. | | | | | Sold (part) | 04/17/14 | J | D | |
| 81. -Norfolk Southern Corp. | | | | | Sold | 08/20/13 | K | D | |
| 82. -Occidental Pete Corp. | | | | | | | | | |
| 83. -Omnicom Group Inc. | | | | | | | | | |
| 84. -Oracle Corp. | | | | | | | | | |
| 85. -Proctor & Gamble | | | | | Sold (part) | 04/03/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/23/14 | J | A | |
| 87. -Qualcomm Inc. | | | | | Buy | 03/20/14 | K | | |
| 88. -Resmed | | | | | Buy | 03/20/14 | K | | |
| 89. -Royal Dutch Shell | | | | | Buy | 01/28/13 | K | | |
| 90. -Sigma Aldrich Corp. (5) | | | | | | | | | |
| 91. -Spectra Energy Corp (6) | | | | | | | | | |
| 92. -Stryker Corp. (7) | | | | | | | | | |
| 93. -Resmed | | | | | Buy | 03/20/14 | K | | |
| 94. -Teva Pharm Inds ltd Adr | | | | | Sold | 03/27/13 | K | C | |
| 95. -United Technologies Corp. | | | | | Sold (part) | 04/10/13 | J | A | |
| 96. -Viacom Inc. CL New | | | | | Sold (part) | 04/03/13 | J | A | |
| 97. | | | | | Sold (part) | 09/19/13 | J | B | |
| 98. -Vodaphone Grp. Adr New | | | | | Sold (part) | 09/24/13 | J | A | |
| 99. | | | | | Sold | 03/25/14 | J | C | |
| 100. -Walmart Stores Inc | | | | | | | | | |
| 101. -Wellpoint Inc. | | | | | Buy | 06/27/13 | K | | |
| 102. -Wells Fargo & Co. | | | | | Buy | 01/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/17/14 | J | B | |
| 104. -Willis Grp Hldng Public Fnd | | | | | Sold (part) | 04/15/13 | J | A | |
| 105. -Santa Barbara Bank & Trust#1 | | | | | | | | | |
| 106. -Santa Barbara Bank & Trust#2 | | | | | | | | | |
| 107. -Canadian Imperial Bank of Commerance | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. Charles Schwab IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 111. -AON Corp | | | | | Sold (part) | 11/18/13 | J | C | |
| 112. -Accenture CL A | | | | | | | | | |
| 113. -BB&T Corp | | | | | Buy | 01/10/13 | K | | |
| 114. -Barrick Gold Corp | | | | | Buy | 01/13/14 | K | | |
| 115. -Barrick Gold Corp | | | | | Buy | 02/09/14 | K | | |
| 116. -Berkshire Hathaway Cl A (1) | | | | | | | | | |
| 117. -Berkshire Hathaway Cl B (1) | | | | | | | | | |
| 118. -Canadian National Railroad | | | | | Buy | 01/14/13 | K | | |
| 119. | | | | | Sold | 08/20/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -CVS Carmark Corp | | | | | Sold (part) | 09/19/13 | J | C | |
| 121. -Chevron Corp | | | | | Buy | 01/31/13 | K | | |
| 122. -CocaCola (1) | | | | | | | | | |
| 123. -Crown Holdings Inc | | | | | Buy | 01/22/14 | K | | |
| 124. -Danaher Corp | | | | | Buy | 01/22/13 | K | | |
| 125. -Devon Energy Corp. New | | | | | | | | | |
| 126. -Disney Walt Co. | | | | | Sold (part) | 09/19/13 | J | D | |
| 127. -EMC Corp MASS | | | | | Buy | 03/21/14 | K | | |
| 128. -Express Scripts Hldg Co | | | | | Buy | 06/04/13 | K | | |
| 129. -General Mills | | | | | | | | | |
| 130. -Intel Corp | | | | | Sold | 07/17/13 | K | A | |
| 131. -Inter Public Group of COS | | | | | Buy | 01/11/13 | K | | |
| 132. | | | | | Sold (part) | 11/18/13 | J | B | |
| 133. -Lab of America Hldg New | | | | | Buy | 01/28/13 | K | | |
| 134. -Lowes Companies | | | | | Sold (part) | 06/04/13 | K | D | |
| 135. | | | | | Sold | 08/20/13 | K | D | |
| 136. -Marathon Oil Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Markel Corp. | | | | | | | | | |
| 138. -Matthews Asian Growth & Income Fd. | | | | | Sold (part) | 01/16/14 | J | A | |
| 139. -Medtronic Inc | | | | | Sold (part) | 09/19/13 | J | C | |
| 140. -Microsoft Corp. | | | | | | | | | |
| 141. -Mondelez Intl Inc. | | | | | Buy | 09/04/13 | K | | |
| 142. -NCR Corp. New | | | | | Sold (part) | 11/18/13 | J | B | |
| 143. | | | | | Sold | 03/26/14 | K | D | |
| 144. -Occidental Pete Corp. | | | | | Sold | 02/13/14 | K | A | |
| 145. -Oracle Corp. | | | | | Buy (add'l) | 07/18/13 | K | | |
| 146. -Pepsico Inc. | | | | | Sold (part) | 09/04/13 | K | D | |
| 147. -Sigma Aldrich Corp | | | | | Sold (part) | 04/15/14 | J | C | |
| 148. -Spectra Energy Corp. | | | | | | | | | |
| 149. -Stryker Corp. | | | | | | | | | |
| 150. -Synaptics Inc. | | | | | Sold | 01/25/13 | K | D | |
| 151. -TJX Cos Inc. | | | | | Sold (part) | 11/18/13 | J | B | |
| 152. -United Technologies Corp. | | | | | Sold (part) | 11/18/13 | J | C | |
| 153. -Waters Corp | | | | | Sold (part) | 06/04/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/12/13 | J | B | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. Charles Schwab IRA #1 | C | Int./Div. | M | T | | | | | |
| 158. -Berkshire Hathaway CL B | | | | | | | | | |
| 159. -CharlesSchwab Money Market Fund | | | | | | | | | |
| 160. --CharlesSchwab Value Advantage Fd | | | | | | | | | |
| 161. -Intuit | | | | | | | | | |
| 162. -Microsoft Corp | | | | | Sold | 04/11/14 | J | A | |
| 163. -Quicksilver Inc. | | | | | Sold | 04/11/14 | J | A | |
| 164. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 07/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Code Abbreviations: T is Trust, VC is Value Code, GC is Gain Code, VM is Value Method
Trust Abbreviations: T1 is Trust 1, T2 is Trust 2, T3 is IRA #2

T1

(1) Ensco Pla ADR. Incorrectly listd in 2012 FDR. Sold 09/22/2011 VC K, GC A.
(2) Ishares Russell 2000. 2011 FDR omitted sell. Sold on 08/24/11. VC K, GC D.
(3) Lab of America Hldg New. 2012 FDR omitted sell on 08/12/2012. VC K, GC A.
(4) Proctor & Gambel. Belongs in T2 rather than T1.

T2

(1) CocaCola Com. 2012 FDR omitted a 2:1 stock in 2012 and a Psell both on 08/08/12. VC J, GC B. No transactions in 01/01/2013 to 05/09/2014
(2) Devon Energy Co New. Improperly listed in 2012 FDR. Belongs in T1 and T3
(3) Diago PLC Adr. Omitted Sell and psell in 2012 FDR. Psell 04/26/12 VC J, GC B. Sell 08/28/12 VC J, GC D.
(4) Marathon Oil Corp. 2012 FDR omitted Buy on 01/23/12. VC K.
(5) Sigma Aldrich Corp. Belongs in both T1 and T3. and not in T2.
(6) Spectra Energy Corp. Belongs in both T1 and T3. and not in T2.
(7) Stryker Corp. Belongs in both T1 and T3. and not in T2.

T3

(1) Berkshire Hathaway Cla A and Berkshire Hathaway Cla B both belong in T1 and T2 and not in T3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robin L. Riblet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544